UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11420-RGS

JOANNA M. SNYDER

v.

WELLPATH, LLC; DR. GAFFAR; GRACE MUTURI; DANA RABEROV; JOHN DEAN; JASON COGOLI; KRISTIE LADOUCEUR; TAYLOR MACLELLAN; KYLE PELLITIER; JANE DOE; AND JOHN DOE

ORDER

September 29, 2020

On July 27, 2020, Joanna M. Snyder ("Snyder"), an inmate in custody at MCI-Framingham, filed a *pro se* complaint with several pleadings including an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). *See* Docket Nos. 1-3.

On August 14, 2020, Snyder's Application was denied and she was ordered, among other things, to file a renewed Application accompanied by a copy of her prison account statement. *See* Docket No. 5. The order stated that failure of Snyder to comply will result in the dismissal of this action without prejudice. *Id.*

To date, Snyder has not responded to the court's August 14, 2020 Memorandum and Order and the time to do so has expired. "A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*

Accordingly, for the failure to comply with the August 14, 2020 Memorandum and Order, this action is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE